

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

2/4/2015

WILLIAMS, LAMONTE EARL AKA WILLIAMS, BRETT KARL

1022140-A          WR-82,500-01

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Tr. Ct. No.

Abel Acosta, Clerk

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS CO. SHERIFF'S DEPT.

LAMONTE EARL WILLIAMS

N3B 77002